

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2015

No. 04-15-00044-CR

**IN RE** Nicholas Alexander **DONNAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On January 30, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 5, 2015.

PER CURIAM

ATTESTED TO:    _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2008CR9131 and 2013CR7844W, both styled *The State of Texas v. Nicholas Alexander Donnan*, and both pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.